UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Kimberly Rachelle Scott, | ) | Civil Action No.: 1:17-cv-01857-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

On July 26, 2018, Plaintiff filed a motion seeking $5,318.38 in attorney's fees and $16.00 in expenses pursuant to the Equal Access to Justice Act,[1] asserting the position taken by Defendant in this action was not substantially justified. *See* ECF No. 27. On August 1, 2018, Defendant filed a response to Plaintiff's motion stating Defendant does not oppose payment of the requested amount of attorney's fees and expenses. *See* ECF No. 28.

After careful consideration, the Court **GRANTS** Plaintiff's motion [ECF No. 27] and **ORDERS** Defendant to pay attorney's fees in the amount of $5,318.38, subject to the Treasury Offset Program[2] if Plaintiff owes an outstanding debt to the federal government, and expenses in the amount of $16.00. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the attorney's fees shall be paid directly to Plaintiff and mailed to her attorney, with a copy sent to Plaintiff. **IT IS SO ORDERED.**

August 2, 2018
Florence, South Carolina

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

---

[1] 28 U.S.C. § 2412(d).

[2] 31 U.S.C. § 3716.